UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

DONNA HOFFMAN,

          Plaintiff,

   vs.

KENT TONNEMAKER, M.D., et al.,

          Defendants.

_____/

**1:04-cv-5714 AWI DLB**

**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT (L.R. 5-133)**

      TO:  CHARLES MEINE, III:

      YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed within 11 days of service of this order.

     DATED: June 23, 2005

                             /s/ Anthony W. Ishii
                             ANTHONY W. ISHII
                             U.S. District Judge