# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN, ) | 1:04cv5714 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S MOTION TO VACATE PRETRIAL DATES |
| v. ) | |
| ) | ORDER SETTING FURTHER SCHEDULING CONFERENCE |
| KENT TONNEMACHER, M.D., JOHN PAYNE DAVID OLSEN MEMORIAL MEDICAL CENTER, ) | Date: October 3, 2005<br>Time: 8:30 a.m.<br>Courtroom 5 |
| ) | |
| Defendants. ) | |

Plaintiff Donna Hoffman ("Plaintiff") filed the instant motion to vacate pretrial dates and set a further scheduling conference on August 16, 2005. The motion was heard on September 23, 2005, before the Honorable Dennis L. Beck, United States Magistrate Judge. Kevin Little appeared on behalf of Plaintiff. Richard Salinas appeared on behalf of Defendant Kent Tonnemacher, M.D. There was no appearance on behalf of Defendant Memorial Medical Center.

## **BACKGROUND**

Plaintiff filed the instant complaint on May 14, 2004, against Defendants Kent Tonnemacher, M.D. ("Dr. Tonnemacher") and Memorial Medical Center ("MMC") (collectively "Defendants"), alleging violations of the Emergency Medical Treatment and Active Labor Act, 42 U.S.C. § 1395dd. Plaintiff filed an amended complaint on August 4, 2004.

1  On December 28, 2004, the Court issued a Scheduling Conference Order setting the following deadlines: September 30, 2005, non-expert discovery cutoff; October 3, 2005, expert disclosure; November 1, 2005, supplemental expert disclosure date; December 9, 2005, expert discovery cutoff; December 14, 2005, non-dispositive motion filing deadline; January 13, 2006, dispositive motion filing deadline. A pretrial conference is set for March 24, 2006, and trial is scheduled for May 9, 2006.

On August 16, 2005, Plaintiff filed a motion to vacate the current pretrial dates and set a further scheduling conference.[1]

MMC filed its opposition on September 6, 2005. Dr. Tonnemacher did not oppose the motion.

Plaintiff filed a reply on September 13, 2005.

## DISCUSSION

Federal Rule of Civil Procedure 16(b) provides that "[a] schedule shall not be modified except upon a showing of good cause . . ."

Here, Plaintiff requests that the Court vacate the pretrial dates and set a further scheduling conference to discuss exact deadlines. Kevin Little, Plaintiff's counsel, indicates that he has been ill and is currently under medical advice to work on a more limited basis for at least the next two months. He explains that his absence has caused a substantial backlog in his caseload, which includes five capital/homicide cases, and he cannot possibly comply with the current pretrial schedule.

Despite MMC's opposition, the Court finds that good cause exists to modify the December 28, 2004, scheduling conference order. Accordingly, the pretial dates set in the December 28, 2004, are VACATED. The dates set for the pretrial conference and trial shall remain.

---

[1] On August 23, 2005, Plaintiff filed a motion to amend/correct the August 16, 2005, motion to reflect a hearing date before the Honorable Dennis L. Beck.

2

1   A further scheduling conference is set for October 3, 2005, at 8:30 a.m., in Courtroom 5.
2  The parties shall submit a scheduling conference statement, addressing only the rescheduling of
3  the vacated dates, five (5) days prior to the scheduling conference.
4   IT IS SO ORDERED.
5  **Dated:    September 23, 2005**         **/s/ Dennis L. Beck**
   3b142a                                 UNITED STATES MAGISTRATE JUDGE

3