KEVIN G. LITTLE, SBN. 149818
ATTORNEY AT LAW
2115 Kern Street, Suite 330
Fresno, California 93721
Telephone: 559/486-5730
Facsimile: 559/486-4759

Attorney for Plaintiff Donna Hoffman

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| DONNA HOFFMAN, | No. CIV-F-04-5714 AWI DLB |
| Plaintiff, | STIPULATION TO CONTINUE EXPERT DISCOVERY DEADLINE; ORDER |
| v. | |
| KENT TONNEMACHER, M.D.; UNKNOWN PHYSICIANS; and MEMORIAL MEDICAL CENTER, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned counsel, that the expert discovery deadline of January 26, 2006 may be extended to February 28, 2006.

LAW OFFICE OF KEVIN G. LITTLE

DATE: January 4, 2006

BY: /s/ KEVIN G. LITTLE
Kevin G. Little
Attorney for Plaintiff


BAKER, MANOCK & JENSEN
ATTORNEYS FOR DEFENDANT KENT TONNEMACHER

DATE: January 4, 2006

BY: /s/ RICHARD S. SALINAS
Richard S. Salinas

STIPULATION TO CONTINUE EXPERT
DISCOVERY DEADLINE; ORDER

SHEUERMAN, MARTINI & TABARI, P.C.
ATTORNEYS FOR DEFENDANT
MEMORIAL MEDICAL CENTER

DATE: January 19, 2006

BY: /S/ ALAN J. MARTINI
    Alan J. Martini

## ORDER

IT IS SO ORDERED.

Dated: **January 23, 2006**          **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE EXPERT
DISCOVERY DEADLINE;  ORDER              -2-