IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KENT TONNEMACHER, M.D.; ) <br> UNKNOWN PHYSICIANS; ) <br> MEMORIAL MEDICAL CENTER, ) <br> ) <br> Defendants. ) <br> _____) | CIV F 04-5714 AWI DLB <br><br> **ORDER VACATING HEARING DATE OF FEBRUARY 27, 2006, AND TAKING MATTER UNDER SUBMISSION** |

    Defendant Memorial Medical Center has noticed for hearing and decision a motion for partial summary judgment. The matter was scheduled for hearing to be held on February 27, 2006. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than February 13, 2006. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendant Memorial Medical Center's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

//

1  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February
2  27, 2006, is VACATED, and no party shall appear at that time.  As of February 27, 2006, the
3  Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    February 15, 2006**              /s/ **Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE

daw                                 2