IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN,<br><br>    Plaintiff,<br> v.<br><br>KENT TONNEMACHER, M.D.;<br>UNKNOWN PHYSICIANS;<br>MEMORIAL MEDICAL CENTER,<br><br>    Defendants. | CIV F 04-5714 AWI DLB<br><br>ORDER VACATING HEARING DATE OF MARCH 13, 2006, AND TAKING MATTER UNDER SUBMISSION |

  Defendant Memorial Medical Center has noticed for hearing and decision a motion for partial summary judgment. The matter was scheduled for hearing to be held on March 13, 2006. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 13, 2006, is VACATED, and the parties shall not appear at that time. As of March 13, 2006, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated: March 9, 2006**       /s/ Anthony W. Ishii
ciem0h              UNITED STATES DISTRICT JUDGE