IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN,                )<br>                                                  )<br>           Plaintiff,             )<br>     v.                                      )<br>                                                  )<br>KENT TONNEMACHER, M.D.;  )<br>UNKNOWN PHYSICIANS;       )<br>MEMORIAL MEDICAL CENTER, )<br>                                                  )<br>           Defendants.           )<br>_____) | CIV F 04-5714 AWI DLB<br><br>ORDER VACATING PRE-<br>TRIAL CONFERENCE DATE<br>OF MARCH 24, 2006, AND<br>RESETTING THE MATTER<br>FOR APRIL 4, 2006 |

The docket in this matter reflects that trial is currently set for May 9, 2006. See Court's Docket Document No. 34. The most recent scheduling order set the hearing date for dispositive motions for April 3, 2006, and set the pre-trial conference for March 24, 2006. Id. The deadline to file dispositive motions was February 28, 2006. Id. The only dispositive motion filed is the motion for partial summary judgment by Defendant Memorial Medical Center, which was taken under submission as of March 13, 2006. Considering the foregoing, the Court will reset the pre-trial conference date.

Accordingly, IT IS HEREBY ORDERED that the pre-trial conference date of March 24, 2006 is VACATED, and the new pre-trial conference date will be April 4, 2006, at 10:00 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:     March 14, 2006             /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE