IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN, ) | CIV F 04-5714 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER ON DR. |
| v. ) | TONNEMACHER'S EX |
| ) | PARTE APPLICATION FOR |
| KENT TONNEMACHER, M.D.; ) | AN ORDER SHORTENING |
| UNKNOWN PHYSICIANS; ) | TIME TO HEAR DR. |
| MEMORIAL MEDICAL CENTER, ) | TONNEMACHER'S |
| ) | APPLICATION FOR GOOD |
| Defendants. ) | FAITH SETTLEMENT |
| ) | DETERMINATION |

 Defendant Dr. Kent Tonnemacher has filed an ex parte application for an order shortening time to set and hear Dr. Tonnemacher's application for good faith settlement determination. Trial in this matter is set for May 9, 2006, and the hearing on motions in limine is set for May 2, 2006. Among other things, Dr. Tonnemacher's counsel has stated in an affidavit that no party opposes the motion to shorten time and requests that the matter be heard prior to the May 9, 2006, trial date. Having considered the ex parte application and all associated documents and attachments, including the declaration of defense counsel Richard Salinas, the Court will grant Dr. Tonnemacher's ex parte application.

 Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Dr. Tonnemacher's ex parte application for an order shortening time to set and hear Dr. Tonnemacher's application for good faith settlement determination is

      GRANTED;

2.   Dr. Tonnemacher's application for good faith settlement determination shall be heard on Wednesday, May 3, 2006, at 2:30 p.m. at Courtroom No. 2 of the United States District Court, Eastern District of California, Fresno Division;

3.   Any opposition to Dr. Tonnemacher's application for good faith settlement determination shall be filed and served no later than April 28, 2006, at 3:30 p.m.; and

4.   Any reply shall be filed and served no later than May 1, 2006, at 3:00 p.m.

IT IS SO ORDERED.

**Dated:**   **April 24, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE

daw         2