IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN,              ) | CIV F 04-5714 AWI DLB |
|               **Plaintiff**,   ) | ORDER ON PLAINTIFF'S EX |
|   v.                               ) | PARTE APPLICATION FOR |
|                         ) | AN ORDER SHORTENING |
| KENT TONNEMACHER, M.D.;  ) | TIME TO HEAR PLAINTIFF'S |
| UNKNOWN PHYSICIANS;         ) | MOTION TO QUASH |
| MEMORIAL MEDICAL CENTER, ) | SUBPOENAS FOR THE |
|                         ) | DEPOSITION AND TRIAL |
|               **Defendants.**   ) | TESTIMONY OF DR. DAVID |
|                         ) | BUSCH |

      Trial in this matter is currently set for May 23, 2006. Plaintiff has filed a motion to quash the deposition and trial testimony of Dr. David Busch, an infectious diseases expert who was retained by then co-defendant Dr. Kent Tonnemacher. In connection with this motion to quash, Plaintiff has filed an ex parte application for an order shortening time to set and hear her motion to quash. Given the significance of the issue and the closeness to trial, the Court will grant Plaintiff's ex parte application to shorten time.

      After the hearing on the motions in limine, the Court allowed additional briefing. The additional motions in limine/briefing were to be filed on May 10 and replies filed on May 15. The Court stated that it would review the information and contact the parties to set a hearing date and time for either a telephonic or in court hearing. In light of this briefing schedule, the Court will utilize this schedule with some modification for Plaintiff's motion to quash.

Accordingly, it is HEREBY ordered that:

1. Plaintiff's ex parte application to shorten time is GRANTED;

2. MMC may file and serve an opposition to Plaintiff's motion to quash by 5:00 p.m. May 11, 2006;

3. Plaintiff may file a reply to MMC's opposition by 4:00 p.m. May 15, 2006; and

4. The hearing on Plaintiff's motion to quash will be the same date and time as the date which will be set for determination of the supplemental motions in limine/briefing as discussed at the May 3, 2006, hearing.

IT IS SO ORDERED.

**Dated:   May 8, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

daw                                                  2