1

2

3

4                           **UNITED STATES DISTRICT COURT**

5                           **EASTERN DISTRICT OF CALIFORNIA**

6                                        ***

7    DONNA HOFFMAN,                          )      No.  CIV-F-04-5714 AWI DLB
                                             )
8                    Plaintiff,              )      ORDER ON REQUEST FOR
                                             )      DISMISSAL
9                                            )      OF DEFENDANT KENT
     v.                                      )      TONNEMACHER, M.D.,
10                                           )      WITH PREJUDICE
     KENT TONNEMACHER, M.D.; UNKNOWN         )
11   PHYSICIANS; and MEMORIAL MEDICAL        )
     CENTER,                                 )
12                                           )
                     Defendants.             )
13   _____ )

14
         Plaintiff has filed the following request:
15

16
         TO THE HONORABLE COURT:
17
         Plaintiff Donna Hoffman, through her attorney of record, Kevin G. Little, and
18
     consistent with the terms of the settlement reached between plaintiff and defendant Kent
19
     Tonnemacaher, M.D., hereby requests that all claims against defendant Kent
20
     Tonnemacher, M.D., only be dismissed with prejudice.
21
         The parties referenced herein shall bear their own costs and attorney's fees.
22
     Dated: May 12, 2006
23

24                                        LAW OFFICE OF KEVIN G. LITTLE

25
                                          _____
26                                        KEVIN G. LITTLE
                                          Attorney for Plaintiff DONNA HOFFMAN
27

28

     REQUEST FOR DISMISSAL OF DEFENDANT
     KENT TONNEMACHER, M.D. WITH PREJUDICE; ORDER

## ORDER

Pursuant to the request herein that all claims filed by plaintiff Donna Hoffman against defendant Kent Tonnemacher, M.D., be dismissed with prejudice, consistent with the settlement reached by the with-referenced parties,

IT IS SO ORDERED that all claims filed by plaintiff Donna Hoffman against defendant Kent Tonnemacher, M.D. are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the within referenced parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

**Dated:   May 22, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                          UNITED STATES DISTRICT JUDGE