IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN,<br><br>             Plaintiff,<br><br>     v.<br><br>KENT TONNEMACHER, M.D.;<br>UNKNOWN PHYSICIANS;<br>MEMORIAL MEDICAL CENTER,<br><br>             Defendants. | CIV F 04-5714 AWI DLB<br><br>ORDER VACATING<br>HEARING DATE OF<br>FEBRUARY 26, 2007, AND<br>TAKING MATTER UNDER<br>SUBMISSION |

   Defendant Memorial Medical Center has noticed for hearing and decision a motion for relief from an order.  The matter was scheduled for hearing to be held on February 26, 2007.  Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 26, 2007, is VACATED, and the parties shall not appear at that time.  As of February 26, 2007, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   February 22, 2007**                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE