IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN, ) | CIV F 04-5714 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE |
| v. ) | |
| ) | |
| KENT TONNEMACHER, M.D.; ) | |
| UNKNOWN PHYSICIANS; ) | |
| MEMORIAL MEDICAL CENTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On August 10, 2007, the Court issued an order granting Defendant Memorial Medial Center's motion to substitute experts. See Court's Docket Doc. No. 183. As part of that order, the parties were to meet and confer, within two weeks of service of the order, to agree upon a limited discovery schedule, a summary judgment schedule, a new pre-trial conference date, and a new trial date. See id. The order further directed the parties to immediately contact the Magistrate Judge if they could not agree upon the various dates and to notify this Court that they would be appearing before the Magistrate Judge for a scheduling order. See id. More than two weeks have passed. The parties have not contacted the Court with proposed scheduling dates, have not notified this Court that the Magistrate Judge has been contacted, and appear to have not contacted the Magistrate Judge. The parties are in violation of the Court's August 10, 2007 order. Sanctions, up to and including dismissal of an action, may be imposed by a court for the failure to obey court orders. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992); Local

Rule 11-110. Given the failure to obey this order, the parties will show cause why sanctions, which may include dismissal of this action, should not be imposed.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are to show cause in writing why sanctions should not be imposed for the failure to comply with the August 10, 2007, order on or by 5:00 p.m. on September 12, 2007; and

2. The parties are hereby forewarned that the failure to show cause in writing on or by 5:00 p.m. on September 12, 2007, will likely result itself in the imposition of sanctions, including dismissal of this case, without further notice.

IT IS SO ORDERED.

**Dated:   September 5, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2