IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA HOFFMAN,** ) | CIV F 04-5714 AWI DLB |
| ) | |
| **Plaintiff,** ) | **ORDER DISCHARGING** |
| v. ) | **ORDER TO SHOW CAUSE** |
| ) | |
| **KENT TONNEMACHER, M.D.;** ) | (Doc. No. 184) |
| **UNKNOWN PHYSICIANS;** ) | |
| **MEMORIAL MEDICAL CENTER,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

      This Court ordered the parties to show cause why sanctions should not be imposed for failure to follow court orders, specifically this Court's August 10, 2007, order requiring the parties either to agree to a new scheduling order and trial date or to contact the Magistrate Judge. The parties have filed responses to the Court's order to show cause. Defendant MMC indicates, along with an attached e-mail, that it contacted Plaintiff's counsel, but that counsel did not respond.[1] Plaintiff's counsel indicates that not following the August 10, 2007, order was an oversight, that he had medical problems and was under medical restrictions viz a vie his law practice, but that he expects that his health will have improved sufficiently for him to set trial for mid-2008. In light of the submissions of the parties, the Court will discharge the order to show

---

[1] MMC also indicates that it is ready and willing to file the new summary judgment motion but was waiting for Plaintiff's proposals on a discovery schedule. Although likely understood by the parties, for the sake of caution, the Court will indicate that Plaintiff's discovery concerning MMC's causation expert should be completed before any summary judgment motion is filed.

cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are directed to submit to this Court by September 28, 2007, a new proposed scheduling order as envisioned by the August 10, 2007, Court order;

2. If the parties cannot agree on dates, they are to contact the Magistrate Judge on or by September 28, 2007, and also inform this Court on or by September 28, 2007, that they will be going to the Magistrate Judge for the creation of a new scheduling order; and

3. The Court expects its orders to be followed; the parties are warned that the failure to follow this order will result in sanctions, up to and including dismissal of this case, without further notice.

IT IS SO ORDERED.

**Dated:   September 20, 2007**           /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE