# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA HOFFMAN,** ) <br> ) <br> **Plaintiff**, ) <br> v. ) <br> ) <br> **KENT TONNEMACHER, M.D.;** ) <br> **UNKNOWN PHYSICIANS;** ) <br> **MEMORIAL MEDICAL CENTER,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | CIV F 04-5714 AWI DLB <br><br> ORDER SETTING HEARING <br> ON ORDER TO SHOW CAUSE <br> FOR NOVEMBER 5, 2007 <br><br> (Document No. 188) |

   This Court ordered the parties to show cause why the case should not be dismissed for failing to obey Court orders.  See Court's Docket Doc. No. 188.  The Court ordered the parties to show cause in writing by October 9, 2007, and allowed the parties to file additional responding briefs on October 15, 2007.  Both parties filed documents by the October 9, 2007, deadline and neither party filed documents on October 15, 2007.  The docket reflects that a scheduling conference has been set before the Magistrate Judge.  See id. at No. 191.  The Court twice before directed the parties to do this.  The scheduling conference is set for October 29, 2007.  The Court will set a hearing on the order to show cause for November 5, 2007, at 1:30 p.m., which may be subject to the progress/result of the scheduling conference.

   Accordingly, IT IS HEREBY ORDERED that the parties are to appear before the Court at 1:30 p.m. on November 5, 2007, to show cause why sanctions, including dismissal of the case, should not occur.

IT IS SO ORDERED.

**Dated:    October 19, 2007**           **/s/ Anthony W. Ishii**
                              UNITED STATES DISTRICT JUDGE