IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA HOFFMAN,** ) <br> ) <br>         **Plaintiff**, ) <br>   v. ) <br> ) <br> **KENT TONNEMACHER, M.D.;** ) <br> **UNKNOWN PHYSICIANS;** ) <br> **MEMORIAL MEDICAL CENTER,** ) <br> ) <br>         **Defendants.** ) <br> _____) | CIV F 04-5714 AWI DLB <br><br> ORDER VACATING NOVEMBER 5, 2007, HEARING DATE AND DISCHARGING ORDER TO SHOW CAUSE <br><br> (Doc. No. 188) |

      This Court issued an order to show cause why this case should not be dismissed due to the parties's failure to either contact the Magistrate Judge or submit new agreed scheduling dates. See Court's Docket Doc. No. 188.  After receiving briefing from the parties, the Court set this matter for hearing on November 5, 2007.  See Court's Docket Doc. No. 192.  The Court indicated, however, that it appeared that the parties had contacted the Magistrate Judge, that a scheduling conference was scheduled for October 29, 2007, and that the hearing on the order to show cause may be subject to the scheduling conference.  Id.  On October 29, 2007, new scheduling dates were set, including a new trial date, discovery deadlines, and summary judgment deadlines.  See Court's Docket Doc. No. 194.  Since the Court's orders have now been followed and this case is now proceeding with new dates, the Court will discharge the order to show cause.

However, the parties's non-compliance with this Court's prior orders will be considered in any future failings to obey Court orders and will counsel strongly in favor of significant sanctions, including dismissal.

Accordingly, IT IS HEREBY ORDERED that the November 5, 2007, hearing is VACATED and the order to show cause why this case should not be dismissed is DISCHARGED.

IT IS SO ORDERED.

**Dated:   October 31, 2007**                              /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE

daw                                 2