1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA HOFFMAN,** ) | CIV F 04-5714 AWI DLB |
| ) | |
| **Plaintiff,** ) | **ORDER ON PLAINTIFF'S** |
| v. ) | **REQUEST FOR ADDITIONAL** |
| ) | **TIME TO FILE OPPOSITION** |
| **KENT TONNEMACHER, M.D.;** ) | **AND ORDER MOVING** |
| **UNKNOWN PHYSICIANS;** ) | **HEARING** |
| **MEMORIAL MEDICAL CENTER,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

Trial is currently set for June 3, 2008, and pre-trial is set for April 18, 2008.  Defendant Memorial Medical Center has noticed for hearing and decision a motion for summary judgment.  The matter was scheduled for hearing to be held on March 3, 2008.  Plaintiff's counsel requests additional time to file an opposition.  Plaintiff's counsel states that MMC's expert deposition is to take place on February 28, 2008, due to medical reasons he continues to practice on a limited basis, has a number of oppositions due in federal court, and that he will likely require time to obtain files related to this case that are in storage.  In light of the above, Plaintiff requests a 60 extension in which to file his opposition to summary judgment.  MMC has not filed any response to Plaintiff's request.  In light of the above, the Court will move the hearing, but not by 60 days.

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's request for additional time is GRANTED in part;
2. The hearing date of March 3, 2008, is VACATED;
3. The new hearing date on MMC's motion will be April 7, 2008, at 1:30 p.m.;
4. Plaintiff may file an opposition on March 24, 2008; and
5. Defendant may file a reply on March 31, 2008.

IT IS SO ORDERED.

**Dated:   February 7, 2008**              /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE