IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN,<br><br>               **Plaintiff**,<br>    v.<br><br>KENT TONNEMACHER, M.D.;<br>UNKNOWN PHYSICIANS;<br>MEMORIAL MEDICAL CENTER,<br><br>               **Defendants.** | CIV F 04-5714 AWI DLB<br><br>ORDER VACATING HEARING DATE OF APRIL 7, 2008, AND TAKING MATTER UNDER SUBMISSION |

      Defendant MMC has noticed for hearing and decision a motion for summary judgment. The matter was scheduled for hearing to be held on April 7, 2008. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

      Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 7, 2008, is VACATED, and the parties shall not appear at that time. As of April 7, 2008, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 2, 2008                              /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE