IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN,<br><br>            Plaintiff,<br>    v.<br><br>KENT TONNEMACHER, M.D.;<br>UNKNOWN PHYSICIANS;<br>MEMORIAL MEDICAL CENTER,<br><br>            Defendants. | 1:04-CV-5714  AWI DLB<br><br>ORDER MOVING HEARING<br>ON MOTIONS IN LIMINE<br>FROM SEPTEMBER 13, 2010,<br>TO 2:00 p.m. on SEPTEMBER<br>14, 2010 |

   Currently set for hearing and decision on September 13, 2010, are both parties' respective motions in limine.  Based on its schedule, the Court finds it necessary to move the hearing to September 14, 2010.

   Accordingly, IT IS HEREBY ORDERED that the hearing date of September 13, 2010, is VACATED, and the hearing on the parties' respective motions in limine is RESET to September 14, 2010, at 2:00 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   September 9, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE