KEVIN G. LITTLE, SBN 149818
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Donna Hoffman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| DONNA HOFFMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MEMORIAL MEDICAL CENTER,<br><br>　　　　Defendant. | Case No. CV-F-04-5714 AWI DLB<br><br>STIPULATION AND ORDER RE: RESCHEDULING OF PRETRIAL CONFERENCE |

TO THE HONORABLE COURT:

　　　The parties in this action hereby stipulate to schedule the further trial proceedings in this manner to commence on April 19, 2011, and to have the pretrial conference on March 2, 2011, at 8:30 a.m.

　　　In Fresno, California, this 13th day of January, 2011.

| | |
|---|---|
| KEVIN G. LITTLE, SBN. 149818<br>Attorney at Law<br>2115 Kern Street, Suite 330<br>Fresno, California 93721<br>Telephone: (559) 486-5730<br>Facsimile: (559) 486-4759<br><br>BY:/s/ Kevin G. Little<br>　　　Kevin G. Little<br>Attorney for Plaintiff Donna Hoffman | SHEUERMAN, MARTINI & TABARI, P.C.<br>ALAN L. MARTINI, SBN 77316<br>A PROFESSIONAL CORPORATION<br>1033 Willow Street<br>San Jose, California 95125<br>Telephone: (408) 288-9700<br>Facsimile: (408) 295-9900<br><br>BY:/s/Alan L. Martini<br>　　　Alan L. Martini<br>Attorneys for Defendant Memorial Medical Ctr. |

STIPULATION

In light of the above stipulation, IT IS HEREBY ORDERED that trial in this matter is SET for April 19, 2011, at 8:30 a.m. in Courtroom No. 2 and that the pre-trial conference is SET for March 2, 2011, at 8:30 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:  January 19, 2011

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION                                      -2-