IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA HOFFMAN,** | 1:04-CV-5714 AWI DLB |
| **Plaintiff,** | |
| v. | **ORDER ON PLAINTIFF'S OBJECTIONS TO PRE-TRIAL ORDER** |
| **KENT TONNEMACHER, M.D.; UNKNOWN PHYSICIANS; MEMORIAL MEDICAL CENTER,** | |
| **Defendants.** | |

Plaintiff has filed objections to the Pretrial order. Specifically, Plaintiff objects to the deletion of all references to her state law medical negligence claims. For the same reasons stated on prior occasions, <u>see, e.g.,</u> Court's Docket Doc. No. 244, Plaintiffs objection is overruled. IT IS SO ORDERED.

Dated: March 8, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE