UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HOFFMAN,<br><br>        Plaintiff,<br><br>v.<br><br>MEMORIAL MEDICAL CENTER<br><br>        Defendant. | Case No. CIV-F-04-5714 AWI DLB<br><br>JUDGMENT |

This action came on regularly for trial on April 19, 2011 in the above-entitled court. A jury of eight persons was impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the court, and the cause was submitted to the jury with directions to return verdicts on special questions. The jury deliberated, and thereafter returned to court with its verdict consisting of the special issues submitted to the jury and the answers given thereto by the jury, which said verdicts were in words as follows, to wit:

We the jury in the above entitled action, find as follows:

Question No. 1:   Did Donna Hoffman receive a medical screening examination that complied with EMTALA?

Answer:    Yes:   X          No: _____

Signed:   /S/ Robert Korsinen
                Presiding Juror

Dated: April 29, 2011

Thereafter, in open court, the jury was polled and each juror confirmed this was his or her verdict.

The verdict being unanimous as to the claim brought, and based upon the special verdict of the jury, IT IS HEREBY ADJUDGED, ORDERED AND DECREED that plaintiff Donna Hoffman, shall take nothing and JUDGMENT IS HEREBY ENTERED in favor of defendant Memorial Medical Center.

IT IS SO ORDERED.

Dated:   May 6, 2011                                              _____
                                                                            CHIEF UNITED STATES DISTRICT JUDGE